SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
OTIS McGEE, JR., Cal. Bar No. 071885
CRAIG A. PINEDO, Cal. Bar No. 191337
KRISTEN L. TECHEL, Cal. Bar No. 228636
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
omcgee@sheppardmullin.com

LEWIS & MUNDAY, P.C.
REGINALD G. DOZIER, P38054
SAMUEL E. McCARGO, P25298
660 Woodward Avenue, Suite 2490
Detroit, MI 48226
Telephone: 313-961-2550

Attorneys for Plaintiff
PLASTECH ENGINEERED PRODUCTS, INC.

FILED
JUN 27 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLASTECH ENGINEERED PRODUCTS, INC., a Michigan corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>KS AUTOMOTIVE, INC., a California corporation<br><br>    Defendant. | Case No.: 05-02561 BZ MHP<br><br>**NOTICE OF DISMISSAL PURSUANT TO F.R.CIV.P. 41(a)(1)** |

1     PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1) of the Federal Rules of
2 Civil Procedure, plaintiff Plastech Engineered Products, Inc. hereby dismisses this action
3 WITHOUT PREJUDICE.

5 DATED: June 23, 2005

6                             SHEPPARD MULLIN RICHTER & HAMPTON LLP

8                             By /s/ Craig A. Pinedo
                                CRAIG A. PINEDO

10                             Attorneys for Plaintiff
                         PLASTECH ENGINEERED PRODUCTS, INC.

6/27/05

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

-2-

W02-SF:5CP\61458853.1
Case No. 05-02561-BZ

NOTICE OF DISMISSAL